872 A.2d 823

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

**v.**

**Rosanne Kay DIEHL, Respondent.**

**No. 1009 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

April 15, 2005.

*ORDER*

PER CURIAM.

AND NOW, this 15th day of April, 2005, there having been filed with this Court by Rosanne Kay Diehl her verified Statement of Resignation dated February 21, 2005, stating that she desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Rosanne Kay Diehl be and it is hereby accepted and she is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania, and it is further ORDERED that she shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.